**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| City of Cambridge,<br><br>      Plaintiff,<br><br>v.<br><br>One Love Housing, LLC,<br><br>      Defendant,<br><br>and<br><br>One Love Housing, LLC, Thomas Bergoff, and Nate Pearson,<br><br>      Counterclaim Plaintiffs,<br><br>v.<br><br>City of Cambridge,<br><br>      Counterclaim Defendant. | Civil No. 18-cv-2763 (NEB/HB)<br><br>**ORDER REGARDING CHANGE OF TELEPHONE STATUS CONFERENCE DATE** |

Due to a change in the Court's calendar, the telephone status conference, currently set for **April 3, 2019**, is being rescheduled.

The telephone status conference **will now be conducted before the undersigned on April 1, 2019, at 8:30 a.m.**  Chambers will initiate the call.  Counsel must meet and confer in advance and must email to chambers a joint update letter addressing the topics identified in the Pretrial Scheduling Order (ECF No. 23) **on or before March 28, 2019**. The letter should also include the names and telephone numbers of counsel who will participate on the call.

Dated:  February 19, 2019           s/ *Hildy Bowbeer*
                                                     HILDY BOWBEER
                                                     United States Magistrate Judge