

# UNITED STATES DISTRICT COURT
### District of Minnesota

RECEIVED APR 9 2019

Kate M. Fogarty, Clerk
Tricia Pepin, Chief Deputy Clerk

| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street, Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street, Suite 417 Duluth, MN 55802 (218) 529-3500 | Edward J. Devitt U.S. Courthouse and Federal Building 118 South Mill Street, Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |

April 8, 2019

Isanti County District Court
555 18th Ave SW
Cambridge, MN 55008

**Filed in District Court
State of Minnesota
Dated 4-9-19**

Case Number: 18-cv-2763 NEB/HB

Case Title: City of Cambridge v. One Love Housing, LLC

CV-18-778

Re: Remand to State Court

Dear Clerk:

A certified copy of the Order of Remand filed by Judge Nancy E. Brasel dated 4/5/2019 is enclosed. Please acknowledge receipt by returning a date-stamped copy of this notice in the enclosed self-addressed envelope.

Deputy Clerk: M. Price

**RECEIVED BY MAIL
APR 15 2019
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA**

SCANNED
APR 15 2019
DISTRICT COURT DULUTH