## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| City of Cambridge,<br><br>          Plaintiff,<br><br>v.<br><br>One Love Housing, LLC,<br><br>          Defendant,<br><br>One Love Housing, LLC<br>Thomas Bergoff, and Nate Pearson,<br><br>          Counterclaim<br>          Plaintiffs,<br><br>v.<br><br>City of Cambridge,<br><br>          Counterclaim<br>          Defendant. | Case No.: 18-CV-2763 (NEB/HB)<br><br><br><br><br><br><br><br>**Notice of Withdrawal of Counsel** |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Joseph G. Marek has left the law firm of Kennedy & Graven, Chartered and will no longer act as co-counsel on behalf of Counterclaim Defendant in the above-entitled matter. Jessica E. Schwie of Kennedy & Graven, Chartered remains counsel of record for Defendant. It is therefore requested that Joseph G. Marek be removed as an ECF recipient in this case.

Dated: April 19, 2019  **Kennedy & Graven, Chartered**

By: */s/* Joseph G. Marek
Jessica E. Schwie (A.R. #0296880)
Joseph G. Marek (A.R. #0400168)
470 US Bank Plaza
200 South Sixth Street
Minneapolis, MN  55402
Telephone:  (612) 337-9222
Facsimile:  (612) 337-9310
 E-Mail:  jschwie@kennedy-graven.com
  jmarek@kennedy-graven.com

**Attorney for Defendant**